```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MAURICE HILL,

                Plaintiff,                      19 **CIVIL** 7371 (KPF)(SN)

-v-                                 **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2020, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York
         May 5, 2020

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                 **BY:**

                                                                     **Deputy Clerk**